IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



STEVEN MOURICE ROBERTSON,

    Plaintiff,

v.  Civil Action No. **3:19CV320**

**HANOVER COUNTY,**

    Defendant.

## MEMORANDUM OPINION

On May 10, 2019, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 11, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $.26 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: **JUL - 2 2019**
Richmond, Virginia